# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149344(75)

SUSAN FURR and WILLIAM FURR,
       Plaintiffs-Appellees/
       Cross-Appellants,

v

                                         SC: 149344
                                         COA: 310652
                                         Kalamazoo CC: 2010-000551-NH

MICHAEL McLEOD, M.D., TARA B. MANCL,
M.D., MICHIGAN STATE UNIVERSITY
KALAMAZOO CENTER FOR MEDICAL
STUDIES, INC., and BORGESS MEDICAL
CENTER,
       Defendants-Appellants/
       Cross-Appellees.

_____/

On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to participate as amicus curiae is GRANTED. The amicus brief submitted on November 24, 2014, in support of the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        December 2, 2014             

                                                 Clerk